UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUL

CIVIL ACTION
NO. 04-10994-JLT

U.S. DISTRICT COURT
DISTRICT OF MASS

PARENTS OF DANIELLE,

        Plaintiffs,

v.

MASSACHUSETTS DEPARTMENT OF
EDUCATION ET AL.,

        Defendants.

## NOTICE OF APPEARANCE

Please enter on the docket my appearance as counsel for defendants Massachusetts Department of Education and Commissioner David P. Driscoll.

        Respectfully submitted,

        THOMAS F. REILLY
        ATTORNEY GENERAL

        /s/ Amy Spector
        Amy Spector, BBO No. 557611
        Assistant Attorney General
        One Ashburton Place, Room 2019
        Government Bureau
        Boston, Massachusetts 02108-1698
        (617) 727-2200, ext. 2076

Date:  July 2, 2004

## Certificate of Service

I, Amy Spector, certify that I served a copy of the attached Notice of Appearance upon the parties this 2nd day of July, 2004, by mailing a copy of the Notice by first-class mail, postage pre-paid, to Ruth N. Bortzfield, Esq., 462 Boston Street, Suite 3, Topsfield, MA 01983 (counsel for plaintiffs) and to Barry Mintzer, Esq., Deutsch Williams Brooks DeRensis & Holland, 99 Summer Street, Boston, MA 02110 (counsel for defendant Sharon School Committee and its individually named members).

Amy Spector
Assistant Attorney General