UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04D-10994-NMG

| | |
|---|---|
| **PARENTS OF DANIELLE,**<br>　　　　　　　**Plaintiff**<br><br>**v.**<br><br>**MASS. DEPARTMENT OF**<br>**EDUCATION, ET AL.,**<br>　　　　　　　**Defendant** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ASSENTED TO MOTION**
**TO CONTINUE SCHEDULING**
**CONFERENCE FOR LEAVE**
**TO WITHDRAW**

     NOW COMES counsel for the plaintiff in the above-referenced action and respectfully requests that this Honorable Court grant a continuance of the scheduling conference set for December 10, 2004, at 3:00 p.m.

     As reasons therefor, counsel states that due to recent health problems of a family member, she will be unable to adequately represent the plaintiff in this matter.

     WHEREFORE, counsel moves this Court to continue the scheduling conference to allow time for the plaintiff to employ successor counsel.

Respectfully submitted,

PARENTS OF DANIELLE,
By their attorney,

Ruth N. Bortzfield, Esquire
462 Boston Street, Suite 3
Topsfield, MA 01983
BBO# 546475
(978) 887-3931

ASSENTED TO:

Tammy Richardson, Esquire
Attorney for Sharon Public Schools
Deutsch/Williams
99 Summer Street
Boston, MA 02110

Amy Spector, Esquire
Attorney for State Defendants
Office of Attorney General
One Ashburton Place
Boston, MA 02108-1598

DATED:   November 30, 2004

## CERTIFICATE OF SERVICE

I, Ruth N. Bortzfield, attorney for the plaintiff herein, hereby state that on November 30, 2004, I served a copy of <u>Assented to Motion to Continue Scheduling Conference for Leave to Withdraw</u> on the defendants by mailing the same, via first class mail, postage prepaid, to the following attorneys:

> Tammy Richardson, Esquire
> Attorney for Sharon Public Schools
> Deutsch/Williams
> 99 Summer Street
> Boston, MA  02110
>
> Amy Spector, Esquire
> Attorney for State Defendants
> Office of Attorney General
> One Ashburton Place
> Boston, MA  02108-1598

Ruth N. Bortzfield