**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED
IN CLERKS OFFICE

CIVIL ACTION NO. 04D-10994-NMG

2005 FEB 16  P 3: 12

| | |
|---|---|
| **PARENTS OF DANIELLE,** | ) |
| **Plaintiff** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **MASS. DEPARTMENT OF** | ) |
| **EDUCATION, ET AL.,** | ) |
| **Defendant** | ) |

U.S. DISTRICT COURT
DISTRICT OF MASS

## ASSENTED TO MOTION TO IMPOUND THE RECORD OF THE ADMINISTRATIVE HEARING HELD BEFORE THE MASSACHUSETTS BUREAU OF SPECIAL APPEALS

NOW COMES the plaintiff in the above-captioned matter, pursuant to MLBR 9018-1 and Webster Grove School Dist. V. Pulitzer Publishing Company 898 F.2nd 1371 (8th Cir. 1990), and moves this Honorable Court to impound the Administrative Record and all exhibits and transcripts in this matter.

As reasons therefor, plaintiff states that impoundment is necessary to protect the confidentiality of the minor student involved in these proceedings.

The plaintiff requests that the material be impounded until further order of the Court.

Respectfully submitted,

PARENTS OF DANIELLE,
By their attorney,

*Ruth N. Bortzfield*

Ruth N. Bortzfield, Esquire
462 Boston Street, Suite 3
Topsfield, MA 01983
BBO# 546475
(978) 887-3931

ASSENTED TO:

*Tammy Richardson*

Tammy Richardson, Esquire
Attorney for Sharon Public Schools
Deutsch/Williams
99 Summer Street
Boston, MA 02110

*Amy Spector*

Amy Spector, Esquire
Attorney for State Defendants
Office of Attorney General
One Ashburton Place
Boston, MA 02108-1598

Dated: February 9, 2005

## CERTIFICATE OF SERVICE

I, Ruth N. Bortzfield, attorney for the plaintiff herein, hereby state that on February 9, 2005, I served a copy of <u>Assented to Motion to Impound the Record of the Administrative Hearing Held Before the Massachusetts Bureau of Special Education Appeals</u> on the defendants by mailing the same, via first class mail, postage prepaid, to the following attorneys:

Barry L. Mintzer, Esquire
Tammy Richardson, Esquire
Attorney for Sharon Public Schools
Deutsch/Williams
99 Summer Street
Boston, MA 02110

Amy Spector, Esquire
Attorney for State Defendants
Office of Attorney General
One Ashburton Place
Boston, MA 02108-1598

Ruth N. Bortzfield

2