UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04D-10994-NMG

| | |
|---|---|
| PARENTS OF DANIELLE, | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| MASS. DEPARTMENT OF | ) |
| EDUCATION, ET AL., | ) |
|     Defendant | ) |

**NOTICE OF LIEN FOR ATTORNEY'S FEES AND COSTS
PURSUANT TO M.G.L. CH. 221, SECTION 50**

    Pursuant to M.G.L. Ch. 221, Section 50, Attorney Ruth N. Bortzfield hereby gives notice that she asserts a claim of lien in the amount of Thirty-Four Thousand Two Hundred Forty-One Dollars and Nineteen Cents ($34,241.19) for her reasonable fees and costs upon claim of Albert and Diane Benson ("Parents of Danielle"), and upon any proceeds that may become available to such parties as a result of this action by way of settlement or judgment.

    In support of this claim of lien, Attorney Ruth N. Bortzfield states that her prosecution of this claim was authorized by Albert and Diane Benson, and that said attorney has expended time in that effort.

    Attorney Ruth N. Bortzfield hereby requests this Court to enforce the lien.

Respectfully submitted,

/s/ Ruth N. Bortzfield
Ruth N. Bortzfield, Esquire
Attorney for Plaintiff
462 Boston Street, Suite 3
Topsfield, MA  01983
BBO# 546475
(978) 887-3931

## CERTIFICATE OF SERVICE

I, Ruth N. Bortzfield, attorney for Parents of Danielle herein, certify that on this day, I served a copy of the foregoing <u>Notice of Lien for Attorney's Fees and Costs</u> via facsimile and certified mail, return receipt requested, to the following:

>Barry L. Mintzer, Esquire
>Tammy Richardson, Esquire
>Attorney for Sharon Public Schools
>Deutsch/Williams
>99 Summer Street
>Boston, MA  02110


>Amy Spector, Esquire
>Attorney for State Defendants
>Office of Attorney General
>One Ashburton Place
>Boston, MA  02108-1598

>and

>Alanna Cline, Esquire
>300 Market Street
>Brighton, MA  02135

and by certified mail, return receipt requested to:

>Albert and Diane Benson
>21 Bluff Head Road
>Sharon, MA  02067

_____
Ruth N. Bortzfield

DATED:	March 28, 2005

2