UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04D-10994-NMG

| | |
|---|---|
| PARENTS OF DANIELLE,<br>                  Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| MASS. DEPARTMENT OF<br>EDUCATION, ET AL.,<br>                  Defendant | )<br>)<br>)<br>) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Now comes Attorney Ruth N. Bortzfield and requests that this Honorable Court permit her to withdraw her appearance as counsel for Albert and Diane Benson, Parents of Danielle, the plaintiffs, in the above-captioned action.

As reasons therefor, counsel states that the plaintiffs advised that they have retained Alanna Cline, as new counsel, and Attorney Cline has advised counsel that she will appear on behalf of the plaintiffs at the Scheduling Conference scheduled for Thursday, March 31, 2004, at 3:45 p.m.

Respectfully submitted,

Ruth N. Bortzfield, Esquire
Attorney for Plaintiff
462 Boston Street, Suite 3
Topsfield, MA 01983
BBO# 546475
(978) 887-3931

DATED:     March 28, 2005

## CERTIFICATE OF SERVICE

I, Ruth N. Bortzfield, attorney for Parents of Danielle herein, certify that on this day, I served a copy of the foregoing Notice of Withdrawal of Appearance via certified mail, return receipt requested, to the following:

>Barry L. Mintzer, Esquire
>Tammy Richardson, Esquire
>Attorney for Sharon Public Schools
>Deutsch/Williams
>99 Summer Street
>Boston, MA 02110

>Amy Spector, Esquire
>Attorney for State Defendants
>Office of Attorney General
>One Ashburton Place
>Boston, MA 02108-1598

>Alanna Cline, Esquire
>300 Market Street
>Brighton, MA 02135

>and

>Albert and Diane Benson
>21 Bluff Head Road
>Sharon, MA 02067

Ruth N. Bortzfield

DATED:   March 28, 2005