

# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

(617) 727-2200
www.ago.state.ma.us

THOMAS F. REILLY
ATTORNEY GENERAL

April 1, 2005

United States District Court
  District of Massachusetts
1 Courthouse Way - Suite 2300
Boston, Massachusetts  02210

Attention:  Craig Nicewicz
            Courtroom Clerk for Judge Gorton

Re:   Parents of Danielle, v. Massachusetts Department of Education, et al.
      United States District Court, No. 04-10994-JLT- NMG

Dear Mr. Nicewicz:

Enclosed for filing in the above referenced case, please find the transcript of the hearing at the Massachusetts Department of Education, Bureau of Special Education Appeals. The transcript, which is contained in four separate volumes, is filed in connection with the Administrative Record previously filed by the state defendants.

Thank you for your attention to this matter.

Very truly yours,

Amy Spector
Assistant Attorney General
Government Bureau
(617) 727-2200, ext. 2076

Enclosures

cc:   Alanna Cline, Esq.
      Barry Mintzer, Esq.
      Tammy Richardson, Esq.