UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RECEIVED
APR 13 2005
OFFICE OF THE ATTORNEY GENERAL
ADMINISTRATIVE LAW DIVISION

C.A. NO. 04-10994-NMG

PARENTS OF DANIELLE,

    Plaintiffs,

v.

MASSACHUSETTS DEPARTMENT OF EDUCATION ET AL.,

    Defendants.

## STATE DEFENDANTS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)

Pursuant to Local Rule 16.1(D)(3), we certify that we have conferred concerning the following matters:

(a) the costs of conducting full litigation or alternative dispute resolution programs; and

(b) the resolution of the litigation through the use of alternative dispute resolution programs.

Counsel for State Defendants:

*(signature)*
Amy Spector, BBO # 557611
Assistant Attorney General
Office of the Attorney General
One Ashburton Place, Rm. 2019
Boston, MA 02108
(617) 727-2200, ext. 2076

Dated: April 13, 2005

State Defendants' Authorized Representative

*(signature)*
Reece Erlichman
Acting Director
Bureau of Special Education Appeals
Department of Education
311 Main Street
Malden, MA
(781) 338-6441

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 4/13/05.

*(signature)*