UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10994-NMG

PARENTS OF DANIELLE
    Plaintiff,

v.

MASSACHUSETTS DEPARTMENT OF
EDUCTION, DAVID P. DRISCOLL,
COMMISSIONER; and SCHOOL
COMMITTEE FOR THE TOWN OF
SHARON: SAM LIAO, ANDREW
NEGENZAHL, DONALD GILLIGAN, JANE
FURR, MITCH BLAUSTEIN and SUZANNE
PEYTON
    Defendants

## LOCAL RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1, the Defendants School Committee for the Town of Sharon, being Sam Liao, Andrew Negenzahl, Donald Gilligan, Jane Furr, Mitch Blaustein and Suzanne Peyton (the "Sharon Defendants"), and counsel for the Sharon Defendants, hereby certify that we have conferred:

    a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

    b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

## VERIFICATION

I, Judy Levin-Charns, state that I am employed by the Sharon Public Schools, that I am authorized by the School Committee of the Sharon Public Schools to confer with counsel on their behalf with regard to the subjects listed above, and that I have so conferred.

Dated: _____   _____
Judy Levin-Charns, Ed.D.
Director of Student Services, Sharon Public Schools


SHARON SCHOOL COMMITTEE
By its attorneys,

_____ 4/15/05
Tammy L. Richardson, BBO #567766
Deutsch Williams Brooks DeRensis & Holland, PC
99 Summer Street
Boston, MA 02110
(617) 951-2300

DWLIB 179312v1
129/00

2