UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PARENTS OF DANIELLE
*Plaintiffs*,

CIVIL ACTION
NO.04-10994NMG

v.

MASSACHUSETTS DEPARTMENT OF
EDUCATION, DAVID P. DRISCOLL, COMMISSIONER;

*And*

SCHOOL COMMITTEE FOR
THE TOWN OF SHARON;
SAM LIAO, ANDREW NEGENAZHL,
DONALD GILLIGAN, JANE FURR, MITCH
BLAUSTEIN AND SUAZANNE PEYTON

*Defendants*.

## CERTIFICATION OF PLAINTIFFS AND COUNSEL

Plaintiffs and counsel certify that they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigastion, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outllined in LR 16.4.

Respectfully submitted,

PLAINTIFFS BY
By Counsel,

_[signature]_
~~Amy Spector (BBO 55761)~~

_[signature]_

PLAINTIFFS' COUNSEL,

_[signature]_
Alanna G. Cline (BBO 086860)

Page -1-