*Law Office of:*
*Alanna G. Cline*

300 Market St.
Brighton, Massachusetts 02135
Telephone 617 783 5997

May 2, 2005

Clerk, United States District Court
for the District of Massachusetts - Boston
John J. Moakley Courthouse
One Courthouse Way
Boston, MA 02110

Attn: Susan Tilton and Craig Neskowitz
*By Fax: 617 748 9096 - original to follow by mail*

re: Parents o 'Danielle v. MDOE and Sharon School Committee et als
    No. 04 1099 NMG

Dear Sir or Madam,

Pursuant to Judge Gorton'ss order, please know that my opposition to the School's Partial Motion for Summary Judgment (as to legal fees) was due on Friday. However, please know that Parents and School may resolve that, by agreement. Therefore, by agreement of Atty. Tammy Richardson on behalf of Sharon School Committee late Friday afternoon, I am preparing a stipulation to briefly extend the time for filing of my opposition, in hopes that same will prove unnecessary. I anticipate being able to file that today, or at the latest, tomorrow. However, I take the liberty of writing you since otherwise, the court might unnecessarily begin, or even complete, its consideration of the motion.

Thank you for your anticipated courtesy in this matter.

Very truly yours,

Alanna G. Cline

cc: Atty. Richardson
    Atty. Spector

-1-