UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PARENTS OF DANIELLE
*Plaintiffs,*

CIVIL ACTION
NO. 04-10994NMG

v.

MASSACHUSETTS DEPARTMENT OF
EDUCATION, DAVID P. DRISCOLL, COMMISSIONER;

*And*

SCHOOL COMMITTEE FOR
THE TOWN OF SHARON;
SAM LIAO, ANDREW NEGENAZHL,
DONALD GILLIGAN, JANE FURR, MITCH
BLAUSTEIN AND SUAZANNE PEYTON

*Defendants.*

## JOINT STIPULATION TO EXTEND TIME FOR PARENTS' RESPONSE TO SCHOOL'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs, Parents, and Defendant, School stipulate to extend the time for the filing of Parents' response to School's Motion for Summary Judgment from May 2, 2005 to May 9, 2005. As reason, these parties say that Parents and School may be on the verge of resolving the underlying issue by agreement, and Parents and School's counsel are awaiting a response from Defendant School, which may enable and determine same. Due to timing of communications between Parents' counsel and School Counsel, they take the liberty of filing this without the signature of Counsel for DOE, but are requesting and anticipating same in due course.

Respectfully submitted,

Plaintiffs by Counsel:

*[signature]*
Alanna G. Cline (BBO 086860)
300 Market St.
Brighton, MA 02135
617 783 5997

Sharon School Committee:

*[signature]* by telephone authority 4-29-05
Tammy L. Richardson (BBO 567766)
Deutsch, Williams, Brooks De Rensis, and Holland, PC
99 Summer St.
Boston, MA 02110
617 951 2300

Mass. Department of Education:

*[signature]* by telephone authority 5-2-05@ 10:30 AM
Amy Spector (BBO 55761)
Assistant Attorney General
Government Bureau
One Ashburton Place Room 2019
Boston, MA 02108
617 272 2200 x2076