UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PARENTS OF DANIELLE
*Plaintiffs*

CIVIL ACTION
NO.04-10994NMG

MASSACHUSETTS DEPARTMENT OF
EDUCATION, DAVID P. DRISCOLL, COMMISSIONER

*And*

SCHOOL COMMITTEE FOR
THE TOWN OF SHARON:
SAM LIAO, ANDREW NEGENAZHL,
DONALD (ILIJGAN JANE FURR, MITCH
BLAUSTEIN AND SUAZANNE PEYTON

*Defendants.*

## PARENTS' MOTION TO LATE FILE ORIGINALLY SIGNED AFFIDAVITS IN SUPPORT OF THEIR OPPOSITION TO SCHOOL'S MOTION FOR PARTIAL SUMMARY JUDGMENT

*Parents*, through Counsel, move for leave to file their originally signed affidavits late. As reason, they say that they have signed their affidavits, transmitting same by fax, as appears on the copies included with the filing of their opposition, but that counsel has not yet received the original signatures. Counsel expects to be able to file the originals on Tuesday, May 10, 2005.

PLAINTIFFS BY COUNSEL,
By Counsel,

Alanna G. Cline (BBO 086860)
300 Market St.
Brighton, MA 02135
617 783 5997  May 9, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PARENTS OF DANIELLE
*Plaintiffs,*

CIVIL ACTION
NO. 04-10994NMG

v.

MASSACHUSETTS DEPARTMENT OF
EDUCATION, DAVID P. DRISCOLL, COMMISSIONER;

*And*

SCHOOL COMMITTEE FOR
THE TOWN OF SHARON:
SAM LIAO, ANDREW NEGENAZHL,
DONALD GILLIGAN, JANE FURR, MITCH
BLAUSTEIN AND SUAZANNE PEYTON

*Defendants.*

## CERTIFICATE OF SERVICE

I certify that I have served the foregoing Parents Opposition to School's Motion for Summary Judgment on Count II (including Concise Statement of Material Facts), Affidavit of Alanna G. Cline, facsimile of Affidavit of Albert Benson, facsimile of Affidavit of Diane Benson, *Ex. 1,* and Motion to Late File Originally Signed Affidavits, upon *School's* counsel of record directed by first class mail postage prepaid to Tammy Richardson, Atty. Deutsch Williams, 99 Summer Street, Boston, MA 02110-1213, and Atty. Amy Spector, Assistant Attorney General, One Ashburton Place Room 2019, Boston, MA 02108-1598 this May 9, 2005.

Alanna G. Cline, Atty.