UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-10994-NMG

PARENTS OF DANIELLE,

        Plaintiffs,

v.

MASSACHUSETTS DEPARTMENT OF
EDUCATION ET AL.,

        Defendants.

**STATE DEFENDANTS' DISCLOSURE REGARDING EXPERT TESTIMONY**

Pursuant to Fed. R. Civ. P. 26(a)(2) and the Court's directive at a scheduling conference on April 15, 2005, defendants Massachusetts Department of Education and Commissioner David Driscoll hereby disclose that they do not intend to present any expert testimony in this matter.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

_____
Amy Spector, BBO # 557611
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, Massachusetts 02108
(617) 727-2200, ext. 2076

Dated: June 20, 2005

### Certificate of Service

I, Amy Spector, certify that I served a copy of the above State Defendants' Disclosure Regarding Expert Testimony upon the parties this 20th day of June 2005, by sending a copy of the Disclosure by first-class mail, postage pre-paid, to Alanna Cline, Esq., 300 Market Street, Brighton MA 02135 (counsel for plaintiffs) and to Barry Mintzer, Esq. and Tammy Richardson, Esq., Deutsch Williams Brooks DeRensis & Holland, 90 Summer Street, Boston, MA 02110 (counsel for defendant Sharon School Committee).

_____
Amy Spector