UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PARENTS OF DANIELLE<br><br>Plaintiff,<br><br>vs.<br><br>MASSACHUSETTS DEPARTMENT OF EDUCATION, DAVID P. DRISCOLL, COMMISSIONER and SCHOOL COMMITTEE FOR THE TOWN OF SHARON: SAM LIAO, ANDREW NEBENZAHL, DONALD GILLIGAN, JANE FURR, MITCH BLAUSTEIN, AND SUZANNE PEYTON<br><br>Defendants, | Civil Action No. 04-10994-NMG |

## SCHOOL COMMITTEE DEFENDANTS' MOTION TO DISMISS COMPLAINT

The Defendants School Committee for the Town of Sharon and its members, Sam Liao, Andrew Nebenzahl, Donald Gilligan, Jane Furr, Mitch Blaustein, and Suzanne Peyton ("School Committee Defendants") pursuant to F.R.C.P. 41(b), hereby request that this Court dismiss the Complaint, with prejudice, based upon the Plaintiffs' failure to prosecute this action. In support of this motion, the School Committee Defendants rely upon the affidavit of Tammy L. Richardson and the memorandum of law filed herewith.

SCHOOL COMMITTEE FOR THE TOWN OF SHARON: SAM LIAO, ANDREW NEBENZAHL, DONALD GILLIGAN, JANE FURR, MITCH BLAUSTEIN, AND SUZANNE PEYTON

By their attorneys,

*/s/ T. Richardson*

Barry L. Mintzer, BBO #348940
Tammy L. Richardson, BBO #567766
Deutsch Williams Brooks DeRensis &
 Holland, PC
99 Summer Street
Boston, MA 02110
(617) 951-2300

DWLIB 184525v1
129/03

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first-class mail/~~hand~~ on this date.

*/s/ T. Richardson*
7-14-05