UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PARENTS OF DANIELLE<br>    Plaintiff,<br><br>vs.<br><br>MASSACHUSETTS DEPARTMENT OF EDUCATION, DAVID P. DRISCOLL, COMMISSIONER and SCHOOL COMMITTEE FOR THE TOWN OF SHARON: SAM LIAO, ANDREW NEBENZAHL, DONALD GILLIGAN, JANE FURR, MITCH BLAUSTEIN, AND SUZANNE PEYTON<br>    Defendants, | Civil Action No. 04-10994-NMG |

## SCHOOL COMMITTEE DEFENDANTS' WITHDRAWAL OF MOTION FOR SUMMARY JUDGMENT ON COUNT II OF COMPLAINT

The Defendants School Committee for the Town of Sharon and its members, Sam Liao, Andrew Nebenzahl, Donald Gilligan, Jane Furr, Mitch Blaustein, and Suzanne Peyton ("School Committee Defendants") hereby withdraw their previously-filed Motion for Summary Judgment on Count II of Complaint, in light of their Motion to Dismiss the Complaint.

SCHOOL COMMITTEE FOR THE TOWN OF
SHARON, ET ALS
By their attorneys,

/s/ Richardson

Barry L. Mintzer, BBO #348940
Tammy L. Richardson, BBO #567766
Deutsch Williams Brooks DeRensis &
  Holland, PC
99 Summer Street
Boston, MA 02110
(617) 951-2300

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first-class mail/[hand] on this date.
/s/ Richardson
7-21-05