*Law Office of:*
## Alanna G. Cline

300 Market St.
Brighton, Massachusetts 02135
Telephone 617 783 5997

July 25, 2005

Clerk, Civil Business
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Bostonk, MA 02110

re: Parents of Danielle v. Sharon School Committe
    United States District Court Civil Action No. 04 10994 NMG

*fax: 617 748 9096*

Dear Sir or Madam,

    Please know that by agreement of Atty. Tammy Richardson on behalf of the Defendant School Committee, the time to respond to their Motion to Dismiss Complaint is extended to Wednesday, July 27, 2005.

    Thank you for your time and attention to this matter.

Very truly yours,

Alanna G. Cline

AGC/sb

cc: Atty. Richardson
    Atty. Spector

-1-