*Law Office of:*
*Alanna G. Cline*

300 Market St.
Brighton, Massachusetts 02135
Telephone 617 783 5997

July 27, 2005

Clerk, Civil Business
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02110

re: Parents of Danielle v. Sharon School Committe
   United States District Court Civil Action No. 04 10994 NMG

*fax: 617 748 9096*

Dear Sir or Madam,

  Please know that by agreement of Atty. Tammy Richardson on behalf of the Defendant School Committee, the time to respond to their Motion to Dismiss Complaint is extended to Wednesday, August 3, 2005.

  Thank you for your time and attention to this matter.

Very truly yours,
Alanna G. Cline

AGC/sb

cc: Atty. Richardson
   Atty. Spector