UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.04-10994NMG

PARENTS OF DANIELLE
    Plaintiffs,

v.

MASSACHUSETTS DEPARTMENT OF
EDUCATION, DAVID P. DRISCOLL, COMMISSIONER;

And

SCHOOL COMMITTEE FOR
THE TOWN OF SHARON:
SAM LIAO, ANDREW NEGENAZHL,
DONALD GILLIGAN, JANE FURR, MITCH
BLAUSTEIN AND SUAZANNE PEYTON

    Defendants.

## MOTION FOR SUMMARY JUDGMENT AS TO COUNT I
## OF PARENTS' COMPLAINT

    Parents of Danielle, Plaintiffs in this matter, move for the entry of summary judgment as to Count I of their Complaint, doing so for those reasons set forth in their accompanying memorandum of law. They say that there are no disputes of material fact, as specified in their memorandum, and that therefore, they are entitled to judgment in their favor as a matter of law, as argued in their memorandum.

Respectfully submitted,

Alanna G. Cline
Parents' Counsel
300 Market St.
Brighton, MA 02135
617 783 5997
BBO 086860

December 7, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.04-10994NMG

PARENTS OF DANIELLE
    *Plaintiffs,*

v.

MASSACHUSETTS DEPARTMENT OF
EDUCATION, DAVID P. DRISCOLL, COMMISSIONER;

*And*

SCHOOL COMMITTEE FOR
THE TOWN OF SHARON:
SAM LIAO, ANDREW NEGENAZHL,
DONALD GILLIGAN, JANE FURR, MITCH
BLAUSTEIN AND SUAZANNE PEYTON

    *Defendants.*

## CERTIFICATE OF SERVICE

I, Alanna G. Cline, certify that I have served copies of the foregoing Motion for Summary Judgment as to Count I together with supporting memorandum and exhibits, awaiting leave of court for its filing, pursuant to the enclosed cover letter, by mailing same first class mail postage prepaid directed to counsel of record, Atty. Barry Mintzer and Atty. Tammy Richardson, Deutsch Williams, 99 Summer Street, Boston, MA 02110-1213, *and* Amy Spector, Esq. Office of the Attorney General, Government Bureau, One Ashburton Place, Room 2019, Boston, MA 02108

Respectfully submitted,

Alanna G. Cline
Parents' Counsel
300 Market St.
Brighton, MA 02135
617 783 5997
BBO 086860

12-8-05