UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PARENTS OF DANIELLE<br><br>    Plaintiff,<br><br>vs.<br><br>MASSACHUSETTS DEPARTMENT OF EDUCATION, DAVID P. DRISCOLL, COMMISSIONER and SCHOOL COMMITTEE FOR THE TOWN OF SHARON: SAM LIAO, ANDREW NEBENZAHL, DONALD GILLIGAN, JANE FURR, MITCH BLAUSTEIN, AND SUZANNE PEYTON<br><br>    Defendants, | Civil Action No. 04-10994-NMG |

## SCHOOL COMMITTEE DEFENDANTS' (1) MOTION TO STRIKE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE (2) OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND CROSS MOTION FOR SUMMARY JUDGMENT

The Defendants, School Committee for the Town of Sharon, Sam Liao, Andrew Nebenzahl, Donald Gilligan, Jane Furr, Mitch Blaustein, and Suzanne Peyton ("School Committee Defendants"), hereby move to strike Plaintiff's Motion for Summary Judgment. In the alternative, the School Committee Defendants oppose Plaintiff's Motion for Summary Judgment, ask that it be denied, and ask that Summary Judgment enter in favor of the School Committee Defendants.

In support thereof, the School Committee Defendants rely on the affidavit of Tammy L. Richardson, and the memorandum of law, filed herewith.

SCHOOL COMMITTEE FOR THE TOWN OF SHARON: SAM LIAO, ANDREW NEBENZAHL, DONALD GILLIGAN, JANE FURR, MITCH BLAUSTEIN, AND SUZANNE PEYTON

By their attorneys,

/s/ Tammy L. Richardson
 Barry L. Mintzer, BBO #348940
 Tammy L. Richardson, BBO #567766
 Deutsch Williams Brooks DeRensis &
  Holland, PC
99 Summer Street
Boston, MA  02110
(617) 951-2300

DWLIB 193281v1
129/00