UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PARENTS OF DANIELLE<br><br>    Plaintiff,<br><br>vs.<br><br>MASSACHUSETTS DEPARTMENT OF EDUCATION, DAVID P. DRISCOLL, COMMISSIONER and SCHOOL COMMITTEE FOR THE TOWN OF SHARON:  SAM LIAO, ANDREW NEBENZAHL, DONALD GILLIGAN, JANE FURR, MITCH BLAUSTEIN, AND SUZANNE PEYTON<br><br>    Defendants, | Civil Action No.  04-10994-NMG |

## NOTICE OF WITHDRAWAL OF APPEARANCE
## OF TAMMY L. RICHARDSON

TO THE CLERK OF THE ABOVE NAMED COURT:

　　　Please enter my withdrawal only as attorney of record for Defendants, School Committee for the Town of Sharon, Sam Liao, Andrew Nebenzahl, Donald Gilligan, Jane Furr, Mitch Blaustein, and Suzanne Peyton ("School Committee Defendants").  Barry L. Mintzer and the firm Deutsch Williams Brooks DeRensis & Holland P.C. will continue to represent the School Committee Defendants in this matter.

　　　　　　　　　　　　　　　　　/s/ *Tammy L. Richardson*
　　　　　　　　　　　　　　　　　DEUTSCH WILLIAMS BROOKS
　　　　　　　　　　　　　　　　　  DeRENSIS & HOLLAND, P.C.
　　　　　　　　　　　　　　　　　99 Summer Street
　　　　　　　　　　　　　　　　　Boston, MA   02110-1235
　　　　　　　　　　　　　　　　　(617) 951-2300

## **CERTIFICATE OF SERVICE**

    I, Tammy Richardson, certify that I understand that counsel of record will receive electronic notice of the electric filing of this pleading.

/s/ *Tammy L. Richardson*
Tammy L. Richardson

DWLIB 193492v1
129/00