UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  04-10994-NMG

PARENTS OF DANIELLE

    Plaintiff,

v.

MASSACHUSETTS DEPARTMENT OF EDUCTION, DAVID P. DRISCOLL, COMMISSIONER;  and SCHOOL COMMITTEE FOR THE TOWN OF SHARON: SAM LIAO, ANDREW NEGENZAHL, DONALD GILLIGAN, JANE FURR, MITCH BLAUSTEIN and SUZANNE PEYTON

    Defendants

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter our appearance as co-counsel for defendants in the above-entitled case.

    John Foskett, BBO No. 175540
    DEUTSCH WILLIAMS BROOKS
     DERENSIS & HOLLAND, P.C.
    99 Summer Street
    Boston, MA 02110-1213
    (617) 951-2300

    SHARON SCHOOL COMMITTEE, et al.
    By their attorneys,

    /s/ John Foskett
    _____
    Barry L. Mintzer, BBO No. 348940
    John Foskett, BBO No. 175540
    DEUTSCH WILLIAMS BROOKS
    DERENSIS & HOLLAND, P.C.
    99 Summer Street
    Boston, MA 02110-1213
    (617) 951-2300

Date:  February 3, 2006

2

## CERTIFICATE OF SERVICE

I, John Foskett, certify that I understand that counsel of record will receive electronic notice of the electronic filing of this pleading.

/s/ John Foskett
John Foskett

DWLIB 194908v1
129/03