UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PARENTS OF DANIELLE<br><br>    Plaintiff,<br><br>vs.<br><br>MASSACHUSETTS DEPARTMENT OF EDUCATION, DAVID P. DRISCOLL, COMMISSIONER and SCHOOL COMMITTEE FOR THE TOWN OF SHARON: SAM LIAO, ANDREW NEBENZAHL, DONALD GILLIGAN, JANE FURR, MITCH BLAUSTEIN, AND SUZANNE PEYTON<br><br>    Defendants, | Civil Action No. 04-10994-NMG |

**NOTICE OF CHANGE OF ADDRESS OF BARRY L. MINTZER**

TO THE CLERK OF THE ABOVE NAMED COURT:

    Please enter my change of address as attorney of record for Defendants, School Committee for the Town of Sharon, Sam Liao, Andrew Nebenzahl, Donald Gilligan, Jane Furr, Mitch Blaustein, and Suzanne Peyton ("School Committee Defendants"). Barry L. Mintzer will continue to represent the School Committee Defendants in this matter through the firm Posternak Blankstein & Lund, LLP.

                                      /s/ Barry L. Mintzer
                                      BBO#348940
                                      POSTERNAK BLANKSTEIN & LUND, P.C.
                                      Prudential Tower
                                      800 Boylston Street
                                      Boston, MA   02199
                                      (617) 973-6199

ID # 463674v01/14965-1/ 03.13.2006

## CERTIFICATE OF SERVICE

I, Barry L. Mintzer, certify that I understand that counsel of record will receive electronic notice of the electric filing of this pleading.

/s/ Barry L. Mintzer
Barry L. Mintzer

ID # 463674v01/14965-1/ 03.13.2006