UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Parents of Danielle,** ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> **Massachusetts Department** ) <br> **of Education, et al.,** ) <br> Defendant ) <br> ) | **CIVIL ACTION** <br> **NO.04-10944-NMG** |

**Judgment**
**April 11, 2006**

In accordance with the Court's Memorandum and Order dated **4/7/06**, Plaintiff's Motion for Summary Judgment is DENIED and Defendants' Opposition thereto, which the Court treats as Cross-Motions for Summary Judgment are ALLOWED;

It is hereby ORDERED , Judgment for the defendants.

**Approved:**                                                **By the Court,**

**/s/ Nathaniel M. Gorton**                    **/s/ Craig J. Nicewicz**

**United States District Judge**            **Craig Nicewicz, Deputy Clerk**

Case 1:04-cv-10994-NMG     Document 68     Filed 04/11/2006     Page 2 of 2