UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.04-10994NMG

*PARENTS OF DANIELLE*
    *Plaintiffs,*

    *v.*

MASSACHUSETTS DEPARTMENT OF
EDUCATION, DAVID P. DRISCOLL, COMMISSIONER;

    And

SCHOOL COMMITTEE FOR
THE TOWN OF SHARON:
SAM LIAO, ANDREW NEGENAZHL,
DONALD GILLIGAN, JANE FURR, MITCH
BLAUSTEIN AND SUAZANNE PEYTON

    *Defendants.*

_____

*PARENTS' Ex Parte* MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL AND TO PERMIT FILING OF NOTICE OF APPEAL, AND FOR LATE FILING OF REQUIRED FEE

    *Parents of Danielle,* Plaintiffs in this matter, move to extend the time to file their notice of appeal (from this court's grant of summary judgment against them on April 7, 2006, and from the entry of judgment in this matter on April 11, 2006), and for its filing, under Fed. R. Civ. Pro. R. 4 (b) (4) to and including June 6, 2006; and for leave to mail their filing fee late. As reason, they say that the delay in the preparation of the notice of appeal has been for reasons non-dilatory to them personally. In support of same, they incorporate by reference the affidavit of their attorney in this matter. Due to the close timing of this matter, they ask that if this motion is

granted, that the attached notice of appeal be considered filed as of the date of the transmission of this motion, notwithstanding the need to re-transmit the notice electronically if and when this motion is granted.

                                      Respectfully submitted,

                                      /s/ Alanna G. Cline

                                      Alanna G. Cline, Atty.
                                      300 Market St.
                                      Brighton, MA 02135
                                      BBO 086860
                                      617 783 5997

June 5, 2006