*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

*CIVIL ACTION*
*NO.04-10994NMG*

*PARENTS OF DANIELLE*
    *Plaintiffs,*
        *v.*

*MASSACHUSETTS DEPARTMENT OF*
*EDUCATION, DAVID P. DRISCOLL, COMMISSIONER; And*
*SCHOOL COMMITTEE FOR  THE TOWN OF SHARON:   SAM LIAO, ANDREW*
*NEGENAZHL, DONALD GILLIGAN, JANE FURR, MITCH*
*BLAUSTEIN AND SUAZANNE PEYTON*

        *Defendants.*
        _____

*AFFIDAVIT OF PLAINTIFF'S COUNSEL IN SUPPORT OF THEIR*
*MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL AND TO PERMIT FILING OF*
*NOTICE OF APPEAL, AND FOR LATE FILING OF REQUIRED FEE*

I, Alanna G. Cline, do state and depose as follows:

1.      I am an adult, licensed to practice law in the Commonwealth of Massachusetts since

        1974, and admitted to practice before this court.  I represent the Parents of Danielle in

        this matter.

2.      Based on information, I was engaged as successor counsel due to prior counsel

        experiencing personal family medical issues and family care responsibilities.

3.      My timely activity in this case has been repeatedly compromised by the unpredictable but

        repeating need to provide personal care to my elderly, disabled mother (now 85 years

        old).  Over recent months, I have again experienced personal responsibilities for her care,

        competing with my professional undertakings.  I have been enabled to meet professional

        obligations due only to the gracious understanding of opposing counsel, clients, and

courts, alike; and must ask for such indulgence, again.

4.      Although I have repeatedly arranged around-the-clock nursing care for my mother at her

home, in mid-April, one nursing aide unexpectedly quit, and then, another shortened her

schedule due to her own medical issues.  So, it was again necessary that I directly care for

my mother until restaffing, which is just being completed.

5.      As a result, I was unable to consider the issue of appeal in a timely fashion with my

clients, and was unable to proceed in such regard in a timely fashion.

6.      These circumstances are non-dilatory to the Plaintiffs, themselves.

        For the foregoing reasons, this court's indulgence is requested under R. 4(b)(4).

Signed under the pains and penalties of perjury this June 5, 2006.

                                                /s/ Alanna G. Cline

                                                Alanna G. Cline, Atty.
                                                300 Market St.
                                                Brighton, MA 02135
                                                BBO 086860
                                                617 783 5997

June 5, 2006