UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.04-10994NMG

PARENTS OF DANIELLE
    Plaintiffs,

v.

MASSACHUSETTS DEPARTMENT OF
EDUCATION, DAVID P. DRISCOLL, COMMISSIONER;

And

SCHOOL COMMITTEE FOR
THE TOWN OF SHARON:
SAM LIAO, ANDREW NEGENAZHL,
DONALD GILLIGAN, JANE FURR, MITCH
BLAUSTEIN AND SUAZANNE PEYTON

    Defendants.

_____

PARENTS' MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL AND TO PERMIT
FILING OF NOTICE OF APPEAL, AND FOR LATE FILING OF REQUIRED FEE

*Parents of Danielle,* Plaintiffs in this matter, move to extend the time to file their notice of appeal (from this court's grant of summary judgment against them on April 7, 2006, and from the entry of judgment in this matter on April 11, 2006), and for its filing, under Fed. R. Civ. Pro. R. 4 (b) (4) and Fed. R. App. P. 4 (a) (5) (B) & (C), to and including June 16, 2006, or to such date as is permitted by the rules; and for leave to mail their filing fee late. As reason, they say that the delay in the preparation of the notice of appeal has been for reasons non-dilatory to them personally. In support of same, they incorporate by reference the affidavit of their attorney in

this matter, both as to the reasons for delay, as to certification under R. 7, and as to service.

                                                 Respectfully submitted,

                                                 /s/ Alanna G. Cline

                                               Alanna G. Cline, Atty.
                                               300 Market St.
                                               Brighton, MA 02135
                                               BBO 086860
                                               617 783 5997

June 6, 2006

                CERTIFICATE OF SERVICE AND CERTIFICATION UNDER R. 7

I, Alanna G. Cline, Atty. certify serving both this affidavit and the subject motion upon both defendants' counsel of record by electronic means; and further, I certify compliance under R. 7 as set forth at par. 8 of my accompanying affidavit.

                                               /s/ Alanna G. Cline
                                               _____