UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10994NMG

PARENTS OF DANIELLE
    Plaintiff

v.

MASSACHUSETTS DEPARTMENT OF
EDUCATION, DAVID P. DRISCOLL,
COMMISSIONER;

&

SCHOOL COMMITTEE FOR THE TOWN OF
SHARON; SAM LIAO, ANDREW
NEGENAZHL, DONALD GILLLIGAN, JANE
FURR, MITCH BLAUSTEIN AND SUZANNE
PEYTON
    Defendants

### CERTIFICATE OF SERVICE

I, Barry L. Mintzer, hereby certify that on this 7th day of June 2006, I caused a copy of Opposition of School Committee for the Town of Sharon to Parents Ex Parte Motion to Extend Time to File Notice of Appeal to be served electronically, through the ECF system. Paper copies will be sent to those indicated as non-registered participants of the ECF system.

                                                /s/Barry L. Mintzer
                                                Barry L. Mintzer, Esq.